Matter of C.C. (2026 NY Slip Op 00079)

Matter of C.C.

2026 NY Slip Op 00079

Decided on January 13, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 13, 2026

Before: Kern, J.P. SEQ CHAPTER \h \r 1, Kennedy, Higgitt, O'Neill Levy, Chan, JJ. 

Docket No. D-36989/23|Appeal No. 5550|Case No. 2024-07872|

[*1]In the Matter of C.C., Respondent-Appellant, a Person Alleged to be a Juvenile Delinquent. Presentment Agency.

Dawne A. Mitchell, The Legal Aid Society, New York (Susan Clement of counsel), for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York (Eva L. Jerome of counsel), for presentment agency.

Order of disposition, Family Court, Bronx County (Cynthia Lopez, J.), entered on or about December 2, 2024, which adjudicated appellant a juvenile delinquent upon her admission that she committed an act that, if committed by an adult, would constitute the crime of assault in the third degree, and placed her on probation for a period of six months, unanimously affirmed, without costs.
The court providently exercised its discretion in finding that probation was the least restrictive dispositional alternative necessary to meet appellant's needs and the community's need for protection considering the seriousness of the offense, which involved appellant assaulting a classmate at her middle school with a knife (see Family Ct Act § 352.2[2][a]; Matter of Katherine W., 62 NY2d 948, 948 [1984]). The court weighed all factors in coming to its disposition and imposed a sentence less restrictive than the Department of Probation's recommendation. It also properly concluded that, "notwithstanding certain positive strides," probation was appropriate, particularly as appellant had a relevant and recent school disciplinary history, including for possession of a weapon (see Matter of Brydyn R., 129 AD3d 416, 416-417 [1st Dept 2015]; Matter of Satondji F., 170 AD3d 480 [1st Dept 2019]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 13, 2026